IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVEN WALKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-718-B-BN |
| | § | |
| RESURGENT CAPITAL SERVICES | § | |
| LP and LVNV FUNDING LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should dismiss this lawsuit without prejudice under Federal Rule of Civil Procedure 41(b). *See* Dkt. No. 43.

No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [Dkt. No. 43].

SO ORDERED this 30th day of June, 2026.

_____
JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE